McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1  NOAH G. BLECHMAN (State Bar No. 197167)
   noah.blechman@mcnamaralaw.com
2  AMY S. ROTHMAN (State Bar No. 308133)
   amy.rothman@mcnamaralaw.com
3  McNAMARA, NEY, BEATTY, SLATTERY,
   BORGES & AMBACHER LLP
4  1211 Newell Avenue
   Walnut Creek, CA 94596
5  Telephone: (925) 939-5330
   Facsimile: (925) 939-0203
6
7  Attorneys for Defendant
   Officer Michael Robinson
8
9                      UNITED STATES DISTRICT COURT
10                    NORTHERN DISTRICT OF CALIFORNIA
11
12  JESSICA MARQUEZ,                          Case No. C16-01740 MEJ
13              Plaintiff,                    STIPULATION AND [PROPOSED]
                                              ORDER FOR DISMISSAL OF ENTIRE
14       vs.                                  ACTION, WITH PREJUDICE
15  OFFICER MICHAEL ROBINSON, and
    Does 1 through 20,
16
                Defendant.
17

18       IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action,

19  through their respective counsel of record, as follows:

20       WHEREAS this civil rights action has settled in its entirety.

21       WHEREAS the settlement documents have been fully executed and payment of the

22  settlement funds has been made.

23       WHEREAS the parties, therefore, stipulate and request that this Court hereby dismisses

24  the entire action, with prejudice.

25       The parties attest that concurrence in the filing of this document has been obtained from

26  each of the other Signatories, which shall serve in lieu of their signatures on the document.

27
28
    STIPULATION AND ORDER FOR DISMISSAL
    OF ENTIRE ACTION – C16-01740

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

2  Dated: February 2, 2017          CASPER, MEADOWS, SCHWARTZ & COOK

5                                   By:  /s/ Casper, Nick
6                                        Nick Casper
                                         Attorneys for Plaintiff Jessica Marquez

8  Dated: February 2, 2017          McNAMARA, NEY, BEATTY, SLATTERY,
                                    BORGES & AMBACHER LLP

11                                  By:  /s/ Blechman, Noah
12                                       Noah G. Blechman
                                         Amy S. Rothman
                                         Attorneys for Defendant
                                         Officer Michael Robinson

## ORDER

Per stipulation by the parties, the Court hereby orders that this civil action is hereby dismissed in its entirety, with prejudice.

IT IS SO ORDERED.

Dated: February 6, 2017

By: _____
Hon. Maria-Elena James
United States Magistrate Judge

STIPULATION AND ORDER FOR DISMISSAL     2
OF ENTIRE ACTION – C16-01740